WILLIAM E. KLING, Appellant, *v.* CORNING NEWS COMPANY et al., Respondents.

*Kling v. Corning News Co.*, 140 App. Div. 919, appeal dismissed. (Submitted February 10, 1913; decided February 14, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 4, 1910, modifying, and affirming as modified, a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term; also motion by appellant to postpone argument.

The motion to dismiss was made on the ground that appellant had failed to prosecute the appeal.

*James O. Sebring* for appellant.

*Julius D. Tobias* for respondents.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion, unless within twenty days appellant files his printed cases and serves brief as required by the rules; in which case the motion is denied, without costs. Motion to postpone argument denied, with ten dollars costs.

---

DAVID F. WINNE, Respondent, *v.* LORENZO B. CHAPMAN, Appellant.

(Submitted February 10, 1913; decided February 14, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 207 N. Y. 666.)